FILED
GREAT FALLS DIV.

'07 MAY 24 AM 8 38

PATRICK E. DUFFY, CLERK

BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| FRANCISCO RODARTE,<br><br>                          Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF<br>AMERICA, MS. LAMEY, et al.,<br><br>                          Defendants. | No. CV-06-48-GF-SEH<br><br>**ORDER** |

United States Magistrate Keith Strong entered his Findings and Recommendation[1] on April 26, 2007. Plaintiff filed objections on May 21, 2007. The Court reviews *de novo* findings and recommendation to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

---

[1] Docket No. 8.

-1-

ORDERED:

Plaintiff's Complaint[2] is DISMISSED.

The Clerk is directed that the docket should reflect one strike against Plaintiff, pursuant to 28 U.S.C. § 1915(g).

DATED this 23rd day of May, 2007.

SAM E. HADDON
United States District Judge

---

[2] Document No. 1.